**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 10, 2022

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *United States v. Engel*, 22 Cr. 148 (KMK)**

Dear Judge Krause,

In light of the arrests of Yoel Engel and Joel Drezdner in the above-captioned matter, the Government respectfully requests that the indictment be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorney
(914) 993-1928

**APPLICATION GRANTED.**

Dated: March 10, 2022

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge