**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 5, 2022

**BY ECF & EMAIL**

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Joel Drezdner*, 22 Cr. 148 (KMK)

Dear Judge Karas:

Per the March 25, 2022, initial conference in this matter, the Government respectfully requests that the following condition be added as a condition of defendants' bail: "The defendant must . . . avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including" the individuals identified on Exhibit A attached hereto. The quoted language is from condition 7(g) on the form appearance bond entered for each defendant. *See* ECF No. 9. As discussed at the March 25, 2022, conference the Government requests that Exhibit A be filed under seal as it identifies third party individuals. In addition, as stated in Exhibit A, the Government does not offer Exhibit A in any way to limit the possible witnesses or victims in this matter. The Government may call additional individuals or categories of witnesses not identified in Exhibit A as witnesses in any trial or hearing in this matter.

Respectfully submitted,

Granted.

So Ordered.

DAMIAN WILLIAMS
United States Attorney

4/5/22

By:   */s/ Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorneys
Tel: (914) 993-1928

cc:   Daniel L. Stein, Esq.
Michael P. Heffernan, Esq.
Gedalia Stern, Esq.

# Exhibit A

[Submitted under seal.]