**Weil, Gotshal & Manges LLP**

MEMO ENDORSED

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Daniel L. Stein
+1 (212) 310-8140
Daniel.Stein@weil.com

October 12, 2022

Hon. Kenneth M Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 1060

Re: *United States v. Yoel Engel*, 22-cr-148

Dear Judge Karas,

    We represent Joel Drezdner in the captioned matter. We write to respectfully request permission for Mr. Drezdner to travel to Pennsylvania on a family trip with his wife and children.

    Mr. Drezdner has been indicted on a single count of conspiracy to commit wire fraud. He was released on a $100,000 personal recognizance bond signed by two co-signors. His travel has been limited to within the Southern and Eastern Districts of New York, the District of New Jersey, and he may travel through the District of Delaware to the District of Maryland for work purposes without permission from the Court. Mr. Drezdner has faithfully complied with all of his pretrial conditions.

    Mr. Drezdner wishes to drive with his family to Pennsylvania for the day on October 13, 2022, and therefore seeks permission from the Court to temporarily modify his pre-trial release conditions to permit him to travel. Both pre-trial services officer Vincent Imbrosciano, and AUSA Stephen Kochevar have indicated that they do not object to this request. Mr. Drezdner will provide the full details of his trip to his pre-trial services officer.

Respectfully Submitted,

/s/ Daniel L. Stein
Daniel L. Stein

Granted.
So Ordered.
10/13/22

WEIL:\98854615\1\99910.H978