

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 17, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

    Re:    *United States v. Yoel Engel* et al., 22 Cr. 148 (KMK)

Dear Judge Karas:

    The Government writes respectfully to confirm that the Court's October 25, 2022, Order (ECF No. 33) adjourning the conference in the above-captioned matter and, specifically, the exclusion of time pursuant to the Speedy Trial Act set forth in the October 25, 2022, Order applies to defendant Joel Drezdner. Although counsel for co-defendant Yoel Engel submitted the adjournment request, the understanding of the Government and counsel for co-defendant Joel Drezdner is that the Court's October 25, 2022, Order also excluded time under the Speedy Trial Act for co-defendant Joel Drezdner. Counsel for Joel Drezdner has consented to the exclusion of time. The exclusion is appropriate in light of the parties' ongoing discussions and the rescheduling of the conference, and for the reasons set forth in the October 25, 2022, Order. In an abundance of caution, the Government requests that the Court confirm the exclusion of time for co-defendant Joel Drezdner.

    I thank the Court for its consideration of this submission.

    Respectfully submitted,
    DAMIAN WILLIAMS
    United States Attorney

by:  */s/ Steven J. Kochevar*
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928
    steven.kochevar@usdoj.gov

cc:    Counsel of record for all parties (by ECF)

The Court confirms that the Speedy Trial Act exclusion order on 10/25/22 applied to co-defendant Drezdner, as the exclusion of time in any case applies to all jointly charged defendants who have not sought a severance.

SO ORDERED
KENNETH M. KARAS U.S.D.J.

November 18, 2022