U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

MEMO ENDORSED

July 13, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Joel Drezdner*, 22 Cr. 148-KMK-2

Dear Judges Karas:

The parties have reached an agreement to resolve the above-captioned matter and have exchanged an executed plea agreement. The parties are working to schedule a change-of-plea hearing before Magistrate Judge Victoria Reznik the week of July 24, 2023. The Government respectfully requests that the Court exclude time under the Speedy Trial Act through July 28, 2023, pursuant to 18 U.S.C. § 3161(h), in the above-captioned matter because the interests of justice outweigh the public's and the defendant's interest in a speedy trial. The requested exclusion will allow the parties to schedule and complete the change-of-plea hearing before Judge Reznik and undertake any necessary additional discussions to resolve the case. Defense counsel for Mr. Drezdner consents to the requested exclusion of time.

I thank the Court for its consideration of this submission.

Respectfully submitted,
DAMIAN WILLIAMS
United States Attorney

by:  /s/ *Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorney
(212) 637-2262
steven.kochevar@usdoj.gov

Time is excluded until 7/28/23, in the interests of justice, to allow the Parties to execute the change of plea that has been negotiated. The interests of justice from this exclusion outweigh Defendant's and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
[signature] 7/13/23

cc:   Counsel of Record (by ECF)