

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

July 28, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Joel Drezdner*, 22 Cr. 148-KMK-2

Dear Judges Karas:

The parties have reached an agreement to resolve the above-captioned matter and have exchanged an executed plea agreement. A change-of-plea hearing is scheduled before Magistrate Judge Victoria Reznik at 10:30 AM on August 2, 2023. The Government respectfully requests that the Court exclude time under the Speedy Trial Act through August 2, 2023, pursuant to 18 U.S.C. § 3161(h), in the above-captioned matter because the interests of justice outweigh the public's and the defendant's interest in a speedy trial. The requested exclusion will allow the parties to complete the change-of-plea hearing before Judge Reznik and undertake any necessary additional discussions to resolve the case. Defense counsel for Mr. Drezdner consents to the requested exclusion of time.

I thank the Court for its consideration of this submission.

Granted.

So Ordered.

7/28/23

Respectfully submitted,
DAMIAN WILLIAMS
United States Attorney

by: */s/ Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorney
(212) 637-2262
steven.kochevar@usdoj.gov

cc: Counsel of Record (by ECF)