| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------X | MEMORANDUM<br>FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09) |

United States of America,

                Government                Judge : **Victoria Reznik U.S.M.J**

      -against-                   Case Number:   22CR148     KMK

JOEL DREZDNER

                            Defendant(s)
-----------------------------------------------------------------X

               Honorable Kenneth M. Karas, United States District Judge

      On 8/2/23, a Rule11 allocution was taken on consent of all parties before me pursuant to your Honor's reference.  Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.  If I can be of any further assistance in this matter I would be pleased to do so.

Dated: 8/7/23
White Plains, New York

                                                    Respectfully Submitted,

                                                      s/VR

                                                   Hon. Victoria Reznik , USMJ