# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Daniel L. Stein
+1 (212) 310-8140
Daniel.Stein@weil.com

May 6, 2024

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    **Re:**    *United States v. Joel Drezdner*,
                    S2 22 Cr. 148 (KMK)

Dear Judge Karas:

    We represent Joel Drezdner in the above-referenced matter. On February 27, 2024, this Court sentenced Mr. Drezdner to time served, to be followed by two years of supervised release, along with the payment of forfeiture, restitution and the special assessment. Judgment was entered on April 22, 2024.

    We write now, with the consent of the Government, to request the return of Mr. Drezdner's passport, which was surrendered as a condition of his release shortly after his arrest.

Respectfully submitted,

*Daniel Stein*

Daniel L. Stein

Granted.
So Ordered.
5/7/24

cc:    AUSA Steven Kochevar (by electronic mail)